IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

        Plaintiff,                   No. CIV S-07-2204 FCD EFB P

    vs.

HATCH,

        Defendant.             ORDER

_____/

       Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

       Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1  The court finds that, for the limited purposes of § 1915A screening, the complaint states a
2  claim that defendant Hatch used excessive force against plaintiff.
3  Accordingly, it hereby is ordered that:
4  1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.
5  2. Plaintiff must pay the statutory filing fee of $350 for this action. All payments shall be
6  collected in accordance with the order to the Director of the California Department of
7  Corrections and Rehabilitation filed concurrently herewith.
8  3. Service is appropriate for defendant Hatch.
9  4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an
10 instruction sheet and one copy of the October 17, 2007, pleading and attachments thereto.
11 5. Within 30 days from service of this order, plaintiff shall complete the attached Notice
12 of Submission of Documents and submit it to the court with the completed summons and USM-
13 285 form and two copies of the endorsed October 17, 2007, pleading.
14 6. Upon receipt of the necessary materials, the court will direct the United States
15 Marshal to serve defendant Hatch pursuant to Federal Rule of Civil Procedure 4 without
16 payment of costs.  Failure to comply with this order will result in a recommendation that this
17 action be dismissed.
18 Dated: July 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

    Plaintiff,                    No. CIV S-07-2204 FCD EFB P

    vs.

HATCH,

    Defendant.                 NOTICE OF SUBMISSION OF DOCUMENTS

_____ /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      1    completed summons form

      1    completed form USM-285

      2    copies of the  October 17, 2007  Complaint

Dated:

                                  Plaintiff

3