1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT GUY BAKER,

11          Plaintiff,                    No. CIV S-07-2204 FCD EFB P

12       vs.

13   HATCH,

14          Defendant.                    ORDER

15   _____/

16       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  Defendant requests an extension of time to file and serve a response to

18   the complaint.  *See* Fed. R. Civ. P. 6(b).

19       Defendant's October 9, 2008, request is granted and defendant has 20 days from the date

20   this order is served to file and serve a response to the complaint.

21       So ordered.

22   Dated:  October 14, 2008.

23                                        _____

24                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

25

26