IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

       Plaintiff,                  No. CIV S-07-2204 FCD EFB P

       vs.

HATCH,

       Defendant.              ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendant requests an extension of time to serve answers to plaintiff's first set of interrogatories. *See* Fed. R. Civ. P. 6(b).

       Defendant's December 19, 2008, request is granted and defendant has 20 days from the date this order is served to serve answers to plaintiff's first set of interrogatories.

       So ordered.

Dated: December 29, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE