IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

        Plaintiff,                    No. CIV S-07-2204 FCD EFB P

        vs.

HATCH,

        Defendant.              ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Currently pending before this court is plaintiff's request that the custodians of incarcerated witnesses be directed to produce these witnesses for trial. The request is premature. Such a request ordinarily is filed with the pretrial statement. The court has not yet directed the parties to submit pretrial statements. Indeed, this matter has not been scheduled for trial.

        Accordingly, it is ORDERED that plaintiff's November 26, 2008, request that the court order the custodians of his incarcerated witnesses be produced for trial is denied without prejudice.

Dated: June 10, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE