IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

        Plaintiff,                    No. CIV S-07-2204 GEB EFB P

        vs.

HATCH,

        Defendant.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 23, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served.  Defendant has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

////

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed February 23, 2012, are adopted in
5  full; and
6          2. Defendant Hatch's renewed motion for summary judgment (Dckt. Nos. 32, 57)
7  is denied.
8     So ordered.
9  Dated:  March 20, 2012

GARLAND E. BURRELL, JR.
United States District Judge