1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT GUY BAKER,

11          Plaintiff,                    No. 2:07-cv-2204 GEB EFB P

12      vs.

13   HATCH,

14          Defendant.              ORDER

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He requests that the court appoint counsel.  District courts lack authority to

18   require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States*

19   *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an

20   attorney to voluntarily to represent such a plaintiff.  *See* 28 U.S.C. § 1915(e)(1); *Terrell v.*

21   *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36

22   (9th Cir. 1990).  When determining whether "exceptional circumstances" exist, the court must

23   consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate

24   his claims pro se in light of the complexity of the legal issues involved.  *Palmer v. Valdez*, 560

25   F.3d 965, 970 (9th Cir. 2009).  Having considered those factors, the court finds there are no

26   exceptional circumstances in this case.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of

2  counsel, Dckt. No. 82, is denied.

3  DATED:  June 18, 2012.

4                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2