# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

       Plaintiff,                    No. 2:07-cv-2204 GEB EFB P

vs.

HATCH,

       Defendant.              **ORDER & WRIT OF HABEAS CORPUS**
                                                     **AD TESTIFICANDUM**

      Robert Guy Baker, inmate # T-33741, a necessary and material witness in proceedings in this case on April 19, 2013, is confined in Corcoran State Prison, 4001 King Avenue Corcoran, CA 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by video-conferencing at Corcoran State Prison on April 19, 2013, at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Acting Warden Connie Gipson, Corcoran State Prison, 4001 King Avenue Corcoran, CA 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 5, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE